Richard N. Peluso, Plaintiff-Appellant, v. Anthony Rizzo, Defendant-Appellee.

Gen. No. 11,139. 

Second District, First Division.

February 28, 1958.

Released for publication March 18, 1958.

 Barrick & Jackson (William C. Jackson, of counsel) for plaintiff-appellant; Cannariato and Nicolosi (Sam J. Cannariato, of counsel) for Anthony Rizzo, defendant-appellee. Opinion by JUSTICE SPIVEY. Not to be published in full.